UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2021
Nathan Ochsner, Clerk

Noel Ramon, §
　　Petitioner, §
　　　　§
v. § Civil Action H-21-2254
　　　　§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
　　Respondent. §

# Order of Adoption

On July 28, 2021, Magistrate Judge Peter Bray recommended that the court dismiss without prejudice Noel Ramon's petition for writ of habeas corpus for lack of jurisdiction. (3) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on September __1__, 2021, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge